# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY  12211

| Andrea E. Celli | Telephone: 518-449-2045 | For payments Only: |
|---|---|---|
| Trustee | Facsimile: 5184492473 | Chapter 13 Standing Trustee |
| Bonnie S. Baker, Esq. | | P.O. Box 1918 |
| Associate Attorney | | Memphis, TN  38101-1918 |

03/01/2013

George A Spadaro
104 Snyder Road
Cropseville, NY,    12052


In Re:    Case No. 12-11340


To Whom it May Concern:

This is to inform you that we have withdrawn the dismissal motion on the above noted case returnable 02/28/2013 at 12:15 p.m.

Thank you for your anticipated cooperation.  If there are any questions, please feel free to contact this office.

Sincerely,

/s/ Andrea E. Celli
Andrea E. Celli
Chapter 13 Standing Trustee