*ocdsmTr*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)
George A Spadaro

xxx–xx–3079  
104 Snyder Road  
Cropseville, NY 12052

Case Number: 12–11340–1–rel

Chapter: 13

## ORDER CLOSING DISMISSED CASE AND DISCHARGING TRUSTEE

The above named case having been dismissed by Order dated 9/21/12 , it is

ORDERED that Andrea E. Celli is discharged as trustee of the estate of the above–named debtor(s) and that the case be and hereby is closed.

Albany, NY  
DATED: 4/17/13

*BY THE COURT*

Robert E. Littlefield Jr.  
Chief U.S. Bankruptcy Judge